# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   02:02cv1972 |
| | ) |
| AIM DEDICATED LOGISTICS, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 4th day of August, 2005, in accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, **ADJUDGED, AND DECREED** as follows:

(1)   The Motion for Summary Judgment filed by Defendant Aim Dedicated Logistics (*Document No. 20*) is **DENIED**; and

(2)   The Motion for Partial Summary Judgment filed by Plaintiff, Robert Thompson (*Document No. 21*) is **DENIED.**

BY THE COURT:

s/  Terrence F. McVerry
United States District Court Judge

cc:   Lawrence R. Chaban, Esquire
      lchaban@rjslegal.com

      Scott C. Essad, Esquire
      sessad@hendersoncovington.com